ELIZABETH D. McDOWELL, Appellant, *v.* WILLIAM F. RUSSELL, Individually and as Dean of Teachers College, Columbia University, Respondent.

Reported below, 265 App. Div. 808.
Submitted January 4, 1943; decided January 14, 1943.

*Timothy N. Pfeiffer* and *William J. O'Connell* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.